| | |
|---|---|
| R. Brent Wisner, Esq. (SBN: 276023) <br> rbwisner@wisnerbaum.com <br> Harrison E. James, Esq. (SBN:337733) <br> hjames@wisnerbaum.com <br> **WISNER BAUM, LLP** <br> 11111 Santa Monica Blvd., Suite 1750 <br> Los Angeles, CA 90025 <br> Telephone:  (310) 207-3233 <br> Facsimile:  (310) 820-7444 | Christopher L. Coffin (*Pro Hac Vice Forthcoming*) <br> ccoffin@coffinlawllc.com <br> **Coffin Law, LLC** <br> 1311 Ave. Ponce de Leon, Suite 504 <br> San Juan, Puerto Rico 00907 <br> Tel: (787) 961-9988 <br><br> Jessica A. Reynolds (*Pro Hac Vice Forthcoming*) <br> jreynolds@pbclawfirm.com <br> **PENDLEY, BAUDIN & COFFIN, LLC** <br> 24110 Eden Street <br> Plaquemine, LA 70764 <br> Phone: (225) 687-6396 <br> Fax: (225) 687-6398 |

*Attorneys for Plaintiff*
JUSTIN HUNT

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL TAX FILING CASES <br><br> This document relates to: <br><br> *Justin Hunt v. Meta Platforms, et al.*, <br> Case No. 3:23-cv-04953-PCP | Master File No. 3:22-cv-07557- PCP <br><br> **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR RESPONSIVE MOTIONS** <br><br> Courtroom: 8, 4th Floor <br> Judge: Hon. P. Casey Pitts <br><br> Complaint Filed:     9/27/2023 <br> FAC Filed:             10/5/2023 <br> SAC Filed:             12/6/2023 <br> Trial Date:             Not Set |

**STIPULATION**

Pursuant to Civil Local Rule 6-1(a), Defendants HRB Digital LLC, HRB Tax Group, Inc. ("HRB Parties"), and Google LLC ("Google") (collectively, "Defendants"), and Plaintiff Justin Hunt ("Plaintiff") (collectively, "the Parties")[1] hereby stipulate to the following:

1. Plaintiff filed his Seconded Amended Complaint on December 6, 2024 (ECF #36);
2. The HRB Parties filed a Motion to Bifurcate Responsive Pleadings on December 7, 2023, with a reserved hearing date of February 1, 2024 (ECF #41);
3. Google filed a statement of non-opposition in support of HRB Parties' Motion to Bifurcate Responsive Pleadings on December 20, 2023 (ECF #52);
4. Given the above, in order to streamline the case and promote efficiency for the Parties and the Court, the Parties have agreed to extend Defendants' deadline to respond to the Second Amended Complaint until thirty (30) days after the Court rules on the HRB Parties' Motion to Bifurcate Responsive Pleadings;[2]
5. This stipulation will not alter any deadline already fixed by Court order.

IT IS SO STIPULATED.

---

[1] Defendant Meta Platforms, Inc. ("Meta") is not a party to this stipulation. Meta intends to bring a motion to sever Plaintiff's claims against it, in which it will request consolidation with the other Meta action pending before the Court. Plaintiff and Meta filed a Joint Stipulation to Extend Meta's Deadline to Respond to the Second Amended Complaint on December 15, 2023 (ECF #51), in which they agreed to extend Meta's deadline to respond to the Second Amended Complaint until thirty (30) days after the Court rules on Meta's anticipated motion to sever and consolidate.

[2] The HRB Parties, in their Motion to Bifurcate Responsive Pleadings, seek to implement a schedule which would see a motion to compel arbitration teed up before the Court evaluates a Rule 12 challenge from the HRB Parties. Google also intends to move to compel arbitration and will request the same bifurcated schedule as the HRB Parties. Plaintiff will oppose these motions to bifurcate. If the Court favors bifurcation, however, then the deadline described in Paragraph 3 would only apply to the HRB Parties' and Google's motions to compel arbitration. The Parties would then work out an appropriate schedule for Rule 12 briefing.

| | | |
|---|---|---|
| 1 | Dated: December 28, 2023 | **WISNER BAUM, LLP** |
| 2 | | |
| 3 | | By: */s/ Harrison E. James* |
| | |    Harrison E. James |
| 4 | |    R. Brent Wisner |
| 5 | | **COFFIN LAW, LLC** |
| 6 | | |
| | |    Christopher L. Coffin |
| 7 | | |
| | | **PENDLEY, BAUDIN & COFFIN, LLC** |
| 8 | | |
| 9 | |    Jessica A. Reynolds |
| 10 | | Attorneys for Plaintiff |
| 11 | | JUSTIN HUNT |
| 12 | Dated: December 28, 2023 | **BERKOWITZ OLIVER LLP** |
| 13 | | By: */s/ Stacey R. Gilman* |
| 14 | |    Stacey R. Gilman |
| 15 | |    STACEY R. GILMAN, SBN 186396 |
| | |    sgilman@berkowitzoliver.com |
| 16 | |    ANTHONY J. DURONE (*pro hac vice* forthcoming) |
| 17 | |    adurone@berkowitzoliver.com |
| 18 | |    2600 Grand Blvd., Suite 1200 |
| 19 | |    Kansas City, MO 64108 |
| | |    Telephone:  (816) 561-7007 |
| 20 | |    Facsimile:  (816) 561-1888 |
| 21 | | Attorneys for Defendants |
| 22 | | HRB Tax Group, Inc. and HRB Digital LLC |
| 23 | Dated: December 28, 2023 | **HOGE, FENTON, JONES & APPEL, INC.** |
| 24 | | By: */s/ Alison P. Buchanan* |
| 25 | |    Alison P. Buchanan |
| 26 | |    RONALD C. FINLEY, SBN 200549 |
| 27 | |    ron.finley@hogefenton.com |
| | |    ALISON P. BUCHANAN, SBN 215710 |
| 28 | |    alison.buchanan@hogefenton.com |

| | |
|---|---|
| 1 | REMINGTON A. LENTON-YOUNG, SBN 295392 |
| 2 | remington.lenton-young@hogefenton.com |
| | MANDA N. MCELRATH, SBN 345206 |
| 3 | manda.mcelrath@hogefenton.com |
| 4 | 55 South Market Street, Suite 900 |
| | San Jose, California 95113-2324 |
| 5 | Phone:  408.287.9501 |
| | Fax:  408.287.2583 |
| 6 | |
| 7 | Attorneys for Defendants |
| | HRB Tax Group, Inc. and HRB Digital LLC |

Dated: December 28, 2023           **WILLKIE FARR & GALLAGHER LLP**

By: */s/ Benedict Y. Hur*
   Benedict Y. Hur
   bhur@willkie.com
   Yuhan Alice Chi
   ychi@willkie.com
   Simona Agnolucci
   sagnolucci@willkie.com
   Eduardo Santacana
   esantacana@willkie.com
   Joshua Anderson
   janderson@willkie.com
   Naiara Toker
   ntoker@willkie.com
   Anika Holland
   aholland@willkie.com
   333 Bush Street, 34th Floor
   San Francisco, CA 94104
   Telephone:  (415) 858-7400

   Attorneys for Defendant
   GOOGLE LLC

## CIVIL L.R. 5-1(h)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 28, 2023     **WISNER BAUM, LLP**

By: */s/ Harrison E. James*
　　Harrison E. James
　　R. Brent Wisner

　　Attorneys for Plaintiff
　　JUSTIN HUNT

**PROPOSED ORDER**

Pursuant to stipulation, and for good cause shown, the Court hereby ORDERS:

The deadline for Defendants HRB Parties and Google to respond to Plaintiff's Second Amended Complaint will be 30 days after the Court issues a ruling on HRB Parties' pending Motion to Bifurcate Responsive Pleadings (ECF #36). If the Court grants HRB Parties' Motion to Bifurcate, then this deadline would only apply to the HRB Parties' and Google's motions to compel arbitration.

**IT IS SO ORDERED**

Dated: _____                    _____
                                                                   HON. P. CASEY PITTS
                                                                   United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Harrison E. James*
Harrison E. James