**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN HUNT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　　　Defendants. | No. 5:23-cv-04953-PCP<br><br>**DECLARATION OF BOBBIE CREW IN SUPPORT OF DEFENDANTS HRB DIGITAL LLC AND HRB TAX GROUP, INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION**<br><br>Date; March 7, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. P. Casey Pitts<br>Courtroom 8, 4th Floor |

I, Bobbie Crew, declare as follows:

1. I either have personal knowledge of the facts and matters set forth below or I have determined that such facts and matters are true and correct on the basis of information from records kept in the ordinary course of business and/or information brought to my attention by individuals upon whom I regularly rely, including with respect to the subjects of this declaration. If I were called as a witness in this matter, I could and would testify competently to each of the matters stated.

**My Role at H&R Block**

2. I am currently employed as a Senior Paralegal in the H&R Block Legal Department and have primary responsibility for maintaining opt outs submitted by clients pursuant to the arbitration agreement contained in the Online Services Agreement.

3. I am familiar with the process through which clients opt out of the arbitration agreement contained in the Online Services Agreement. I am also familiar with how client opt outs are stored, preserved, and retrieved in the regular and ordinary course of business.

///

///

**Plaintiff Did Not Opt Out of His Arbitration Agreement**

4. Attached as **Exhibit 4** to the Declaration of Valerie Schuessler is a true and correct copy of the Online Services Agreement agreed to by Plaintiff Justin Hunt ("Plaintiff") on April 5, 2023. That Online Services Agreement agreed to by Plaintiff contained an opt out provision that allowed Plaintiff to opt out of arbitration within 30 days of accepting the Online Services Agreement. *See* Schuessler Decl., **Exhibit 4**, §11. Plaintiff did not opt out of the arbitration agreement in the Online Services Agreement.[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31 day of January 2024

Bobbie Crew

---

[1] Moreover, in each of the other years for which Plaintiff used H&R Block online tax preparation and filing services, the H&R Block Online Services Agreement contained an opt out provision that allowed clients to opt out of arbitration after accepting the Online Services Agreement. Plaintiff did not opt out of the arbitration agreement in any prior year.

2

DECLARATION OF BOBBIE CREW
Case No. 3:23-cv-04953-PCP