# Exhibit 1

**EXHIBIT 1**





2