# Exhibit 2

EXHIBIT 2

