# Exhibit 3

EXHIBIT 3

# We've updated our terms & policies.

☐ I agree to the terms and conditions of the Electronic Communications Consent and the Online Services Agreement, which includes the requirement that any dispute be resolved through binding arbitration. I also acknowledge that the H&R Block Privacy Notice was made available to me.

Error: You must agree to the Electronic Communications Consent, Online Services Agreement, and Privacy Notice.

**Next** ›