| | |
|---|---|
| R. Brent Wisner, Esq. (SBN: 276023) <br> rbwisner@wisnerbaum.com <br> Harrison E. James, Esq. (SBN:337733) <br> hjames@wisnerbaum.com <br> **WISNER BAUM, LLP** <br> 11111 Santa Monica Blvd., Suite 1750 <br> Los Angeles, CA 90025 <br> Telephone: (310) 207-3233 <br> Facsimile: (310) 820-7444 | Christopher L. Coffin (*Admitted Pro Hac Vice*) <br> ccoffin@coffinlawllc.com <br> **Coffin Law, LLC** <br> 1311 Ave. Ponce de Leon, Suite 504 <br> San Juan, Puerto Rico 00907 <br> Tel: (787) 961-9988 <br><br> Jessica A. Reynolds (*Admitted Pro Hac Vice*) <br> jreynolds@pbclawfirm.com <br> **PENDLEY, BAUDIN & COFFIN, LLC** <br> 24110 Eden Street <br> Plaquemine, LA 70764 <br> Phone: (225) 687-6396 <br> Fax: (225) 687-6398 |

*Attorneys for Plaintiff*
JUSTIN HUNT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HUNT, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. f/k/a Facebook, Inc., a corporation; GOOGLE, LLC, a limited liability company; HRB Digital LLC, a limited liability company, HRB Tax Group, Inc., a corporation; and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No. 5:23-cv-04953-PCP <br><br> **DECLARATION OF R. BRENT WISNER IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HRB DIGITAL, LLC AND HRB TAX GROUP INC.'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION** <br><br> Date: April 18, 2024 <br> Time: 10:00 a.m. <br> Judge: Hon. P. Casey Pitts <br> Courtroom 8, 4th Floor |

I, R. Brent Wisner, do hereby declare and state:

1. I am an attorney licensed to practice in the State of California and I am admitted to practice before this Court. I am a managing partner with the law firm of Wisner Baum, LLP, and counsel of record for Plaintiff, Justin Hunt ("Plaintiff"), in the above-referenced action. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to these matters.

2. Attached hereto as **Exhibit "1"** are true and correct copies of: the 2023 H&R Block Online Services Agreement; 2022 H&R Block Online Services Agreement; 2021 H&R Block Online Services Agreement; and 2020 H&R Block Online Services Agreement.

3. Attached hereto as **Exhibit "2"** is a true and correct copy of the American Arbitration Association "*Consumer Arbitration Rules*."

4. Attached hereto as **Exhibit "3"** is a true and correct copy of the American Arbitration Association "*Supplementary Rules for Multiple Case Filings*."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 7th day of March, 2024 at San Francisco, California.

                              */s/ R. Brent Wisner*
                                 R. Brent Wisner

2
DECLARATION OF R. BRENT WISNER IN SUPPORT OF PLAINTIFF'S MEMORANDUM
IN OPPOSITION TO HRB DEFENDANTS MOTION TO COMPEL ARBITRATION

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 7th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ R. Brent Wisner*
R. Brent Wisner