1 | R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@wisnerbaum.com
Harrison E. James, Esq. (SBN:337733)
hjames@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Christopher L. Coffin (*Admitted Pro Hac Vice*)
ccoffin@coffinlawllc.com
**Coffin Law, LLC**
1311 Ave. Ponce de Leon, Suite 504
San Juan, Puerto Rico 00907
Tel: (787) 961-9988

Jessica A. Reynolds (*Admitted Pro Hac Vice*)
jreynolds@pbclawfirm.com
**PENDLEY, BAUDIN & COFFIN, LLC**
24110 Eden Street
Plaquemine, LA 70764
Phone: (225) 687-6396
Fax: (225) 687-6398

Attorneys for Plaintiff
JUSTIN HUNT

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN HUNT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC. f/k/a Facebook, Inc., a corporation; GOOGLE, LLC, a limited liability company; HRB Digital LLC, a limited liability company, HRB Tax Group, Inc., a corporation; and DOES 1 through 100 inclusive,<br><br>　　　　　　Defendants. | Case No. 5:23-cv-04953-PCP<br>(Related to Case No. 5:23-cv-03527-PCP)<br><br>**[PROPOSED] ORDER TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE TO APRIL 8, 2024 AND DEFENDANT META PLATFORMS, INC.'S DEADLINE TO REPLY TO APRIL 26, 2024 (CIV. L.R. 6-2)**<br>*MODIFIED<br>Date:　　　　May 9, 2024<br>Time:　　　　10:00 a.m.<br>Courtroom:　 8, 4th Floor<br>Judge:　　　　Hon. P. Casey Pitts<br><br>Complaint Filed:　9/27/2023<br>Trial Date:　　　　Not Set |

---

1

[PROPOSED] ORDER TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE TO APRIL 8, 2024 AND DEFENDANT META PLATFORM'S REPLY DEADLINE TO APRIL 26, 2024.

# [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, the Court GRANTS the Parties' stipulation and continues Plaintiff's deadline to file his opposition to Meta's motion to dismiss and motion to compel arbitration to April 8, 2024, and Meta's deadline to file its replies in support of its motion to dismiss and motion to compel arbitration to April ~~26~~ 24, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 25, 2024

_____
HON. P. CASEY PITTS
United States District Judge

2

[PROPOSED] ORDER TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE TO APRIL 8, 2024 AND DEFENDANT META PLATFORM'S REPLY DEADLINE TO APRIL 26, 2024.