R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@wisnerbaum.com
Harrison E. James, Esq. (SBN:337733)
hjames@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Christopher L. Coffin (*Admitted Pro Hac Vice*)
ccoffin@coffinlawllc.com
**COFFIN LAW, LLC**
1311 Ave. Ponce de Leon, Suite 504
San Juan, Puerto Rico 00907
Tel: (787) 961-9988

Jessica A. Reynolds (*Admitted Pro Hac Vice*)
jreynolds@pbclawfirm.com
**PENDLEY, BAUDIN & COFFIN, LLC**
24110 Eden Street
Plaquemine, LA 70764
Phone: (225) 687-6396
Fax: (225) 687-6398

*Attorneys for Plaintiff*
JUSTIN HUNT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HUNT,<br><br>                    Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC. f/k/a Facebook, Inc., a corporation; GOOGLE, LLC, a limited liability company; HRB Digital LLC, a limited liability company, HRB Tax Group, Inc., a corporation; and DOES 1 through 100 inclusive,<br><br>                    Defendants. | Case No. 5:23-cv-04953-PCP<br><br>*Assigned to Honorable Judge*<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given that Plaintiff, Justin Hunt, hereby voluntarily dismisses his entire case. Such dismissal shall be *without prejudice*, with each side to bear its own costs and fees.

Dated: September 4, 2025                    Respectfully Submitted,

                                                     /s/ Harrison E. James
Harrison E. James, Esq. (SBN:337733)
hjames@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on this 4th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Harrison E. James*
Harrison E. James